PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

## Request for Modifying the Conditions with Consent of the Offender

**Name of Offender:** Joseph LaSalle **Case Number:** CR99-0079

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** January 28, 2000

**Original Offense:** Counts I - IV: Distribution of Cocaine Base

**Original Sentence:** Seventy-eight months incarceration, four years supervised release with a special condition to perform thirty hours of community service each week if not fully employed, and a $400 special assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** February 27, 2004

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in outpatient substance counseling as approved by the U.S. Probation Office and submit no more than seventy-two (72) urine specimens per year.**

**CAUSE**

On January 4, 2007, Mr. LaSalle met with USPO Borrelli and provided a urine specimen. On January 9, 2007, Scientific Laboratories, Incorporated returned the results of this specimen and indicated that Creatinine level was invalid. This suggested that Mr. LaSalle may have diluted his specimen or ingested a substance to conceal his use of illicit drugs.

On January 11, 2007, USPO Borrelli telephonically contacted Mr. LaSalle and he admitted to smoking from a marijuana cigarette on December 31, 2006. According to Mr. LaSalle, he had attended a party at an apartment in his building and had smoked the marijuana at this location. Further, he asserted that he had taken a substance from a local health food store to conceal his use of marijuana.

On January 16, 2007, Mr. LaSalle met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release.

On January 17, 2007, USPO Borrelli spoke to First Assistant United States Attorney Kenneth P. Madden and he advised that he does not pose any objections to the above-mentioned modifications.

PROB 12B
(12/00)

As Mr. LaSalle has remained reasonably compliant with his conditions of supervision since his release from the Federal Bureau of Prisons, it is respectfully recommended that his conditions be modified to include the above-mentioned conditions. Further, he will be placed on the Random Urinalysis Color Code Program, and he will experience increased unannounced contact with USPO Borrelli in the community for a period of three months. If noncompliance continues, however, the Court shall be notified and punitive action may be sought.

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 1/18/07

**Respectfully Submitted by:**

David S. Borrelli

**David S. Borrelli**
**U.S. Probation Officer**

Date: 01/18/07

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Ernest C. Torres

Honorable Ernest C. Torres
Senior U.S. District Judge

1/23/07
Date